___



SO ORDERED,

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: May 5, 2020

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON-3 DIVISIONAL OFFICE

**IN RE:**

**JIMMY LEE JONES,**     *     **CASE NO.: 20-000687-NPO**

**Debtor.**

## AGREED ORDER (DOCKET #19)

An Objection to Confirmation was filed by **Capital One Auto Finance, a division of Capital One, N.A.** and the Court being advised that the parties have reached an agreement **IT IS HEREBY ORDERED**:

That the Debtor's Chapter 13 Plan was amended to pay **Capital One Auto Finance, a division of Capital One, N.A.** a collateral value of $5,602.50 as regards the 2012 Nissan Versa-4 Cyl. Sedan 4D SV at 6.75% interest over the term of the plan with the Chapter 13 Trustee to determine the monthly payments.

##### END OF OR DER ###########

**AGREED BY:**

| ATTORNEY FOR THE DEBTOR | CHAPTER 13 TRUSTEE |
|---|---|
| /S Jordan L. Ash<br>Jordan L. Ash<br>lynn@ashlaw.ms<br>P.O. Box 13219<br>Jackson, MS 39236 | /S/ James L. Henley, Jr.<br>James L. Henley, Jr.<br>P.O. Box 31980<br>Jackson, MS 39286-1980 |

ATTORNEY FOR THE CREDITOR

/S/ Wesley H. Blacksher
Wesley H. Blacksher  Bar103026
HWPoolelaw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015